■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SMITH, Appellant. [696 NYS2d 411] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered January 17, 1996, convicting defendant, after a jury trial, of two counts of burglary in the second degree, and sentencing

him, as a persistent violent felony offender, to concurrent terms of 20 years to life, unanimously affirmed.

Defendant's challenges to the court's circumstantial evidence charge are unpreserved (*see, People v Whalen*, 59 NY2d 273, 280), and we decline to review them in the interest of justice. Were we to review these claims, we would find that the charge as a whole conveyed the proper standards.

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Williams, Wallach, Lerner and Friedman, JJ.